Clarence L. Barber, as Assignee of Horace M. Hooker and David J. McGown, Judgment Creditors, Plaintiff, v. Curtis A. Barnum, Judgment Debtor, Appellant; Chatfield Leonard, as Receiver of the Property of Curtis A. Barnum, Respondent.— Decision amended so as to read as follows: Order reversed, without costs, and motion denied, without costs. Opinion by Cochrane, J. All concurred; Parker, J., not sitting. (See 117 App. Div. 325.)

Hewitt Boice, Respondent, v. The Municipal Telegraph and Stock Company, Appellant.— Motion denied.

William R. Fuller, Respondent, v. The Municipal Telegraph and Stock Company, Appellant.—Motion denied.

Fred W. Hollenbeck, Appellant, v. Albert C. Greene, Respondent.— Motion granted, with ten dollars costs, unless the appellant, within twenty days, procures the case to be served and filed and pays the respondent ten dollars costs, in which event motion denied, without costs.

In the Matter of Edwin D. Brandow, an Attorney.— Application granted, and said Edwin D. Brandow is suspended from practice as an attorney and counselor at law for the period of one year.

Fuller W. Nye, Appellant, v. Malone Paper Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

William W. Wheeler, Respondent, v. The State of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Grover C. Wood, Appellant, v. Lawson B. Norman and George N. Coon, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Walter L. Wilhelm, Respondent, v. Fuller & Warren Company, Appellant.— Motion granted, with ten dollars costs, unless the appellant, within twenty days, procures the case to be signed and filed and pays the respondent ten dollars costs, in which event motion denied, without costs.

John Zeiser, Respondent, v. Jacob Cohn, Impleaded with Mark Cohn, Individually and as Executor, etc., of Theresa Cohn, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

The People of the State of New York, Respondent, v. Cornell Van Gaasbeck, Appellant.— Decision amended so as to read as follows: Conviction and judgment reversed on the law and new trial ordered in the County Court of Ulster county, the court having examined the facts and found no errors therein. Opinion by Kellogg, J. All concurred. (See 118 App. Div. 511.)